```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 12387
   MARILOU B BARON
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2054
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/30/04 and confirmed on 07/01/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  21900.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | 9125.00 | 1330.99 | 9125.00 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 3193.93 | .00 | 1565.03 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 582.01 | .00 | 285.18 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| RECOVERY MANAGEMENT SYST | UNSECURED | 5418.77 | .00 | 2655.20 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4810.95 | .00 | 2357.37 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1576.04 | .00 | 772.26 |

            Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9125.00 | .00 | 15581.70 | .00 | 24706.70 |
| PRINCIPAL PAID | 9125.00 | .00 | 7635.04 | .00 | 16760.04 |
| INTEREST PAID | 1330.99 | .00 | .00 | .00 | 1330.99 |
| TOTAL PAID | 10455.99 | .00 | 7635.04 | .00 | 18091.03 |

The Debtor's attorney, GREENBERG & ASSOC             , was allowed $   2700.00
and was paid $    200.00  direct and $   2500.00  through the plan.

The Trustee received $    844.82 .

Refunds to the Debtor totaled $    464.15 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 11/15/07                    /s/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```